# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEXANDER STROSS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>COMPASS, INC., a Delaware Corporation, individually and d/b/a COMPASS.COM; and DOES 1-10,<br><br>Defendants. | Case No.: 1:21-cv-05904-AKH |

ALVIN K. HELLERSTEIN, U.S.D.J.:

  Ahead of the status conference, the parties shall submit a joint case management plan in accordance with my individual rules.

  SO ORDERED.

Dated:  July 10, 2024            /s/ Alvin K. Hellerstein
      New York, New York         ALVIN K. HELLERSTEIN
                      United States District Judge